# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. **09-cv-01708-JLK-MEH**

**JENNY L. SVENBY**,

    Plaintiff,

vs.

**COUNTRYWIDE BANK, FSB, a Federal Savings Bank;**
**BANK OF AMERICA, N.A., a National Bank; and**
**BAC HOME LOANS SERVICES, LP, a Texas limited partnership**,

    Defendants.

---

## ORDER

---

This matter is before the me on the Recommendation (doc. #28) on Motion for Joinder, entered on January 19, 2010 by United States Magistrate Judge Michael E. Hegarty. No objections having been filed, the Recommendation is **ADOPTED** as an order of the Court. Defendants' Motion to Add Darrell Svenby as Necessary Party Defendant (doc. #25), filed December 7, 2009, is **DENIED**.

    DATED: February 12, 2010

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        U.S. District Court Judge