IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01708-JLK-MEH

JENNY L. SVENBY,

    Plaintiff,

v.

COUNTRYWIDE BANK, FSB, a Federal Savings Bank,
BANK OF AMERICA, N.A., a National Band, and
BAC HOME LOANS SERVICES, LP, a Texas limited partnership,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 12, 2010.**

    The joint Motion to Vacate Settlement Conference [filed February 11, 2010; docket #29] is **granted**. The Settlement Conference currently scheduled for February 24, 2010, is **vacated**. The parties shall file dismissal papers with the Court **on or before February 26, 2010**.