IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **09-cv-01708-JLK-MEH**

**JENNY L. SVENBY**,

    Plaintiff,

vs.

**COUNTRYWIDE BANK, FSB, a Federal Savings Bank;**
**BANK OF AMERICA, N.A., a National Bank; and**
**BAC HOME LOANS SERVICES, LP, a Texas limited partnership**,

    Defendants.

---

**ORDER OF DISMISSAL**

---

In light of the Stipulated Dismissal with Prejudice (doc. #33), filed as a motion on February 26, 2010, it is

ORDERED that this case is DISMISSED WITH PREJUDICE.

DATED:  February 26, 2010

                    BY THE COURT:

                    *s/John L. Kane*
                    U.S. District Court Judge